# CIVIL MINUTES

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### HONORABLE DAVE LEE BRANNON



CASE NO.: 12-80495-Civ-Middlebrooks/Brannon

DATE: 7/12/12
DAR: ~~[struck]~~ 14:46:42 - 14:53:15 (7min 13sec)

DAEDALUS CAPITAL, LLC, et al.,

    Plaintiff(s),

vs.

BRADFORD VINECOMB, et al.,

    Defendant(s).
_____/

P. Attorney(s): P: William M. Norris / James Harris; Jim Shirley;

D. Attorney(s): D: D: Denise Joanne Bleau/Ward Damon Posner Pheterson & Blea PL; Allyson Emlen;

Type of Hearing: TELEPHONIC SCHEDULING CONFERENCE

Result of Hearing:
Attys present; PSO to issue; mediation O to issue; advised re: Consent.